# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| April Denise Edgerton Wilkerson | ) | Case No: __1:05CR26-2__ |
| | ) | USM No: __18842-058__ |
| Date of Previous Judgment: __3/29/06__ | ) | __Tanzania Chevon Cannon-Eckerle__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**AMENDED**

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __60__ months **is reduced to** __time served plus 10 days__ .

**I.  COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: __21__ | | Amended Offense Level: __19__ | |
| Criminal History Category: __IV__ | | Criminal History Category: __IV__ | |
| Previous Guideline Range: __57__ to __71__ months | | Amended Guideline Range: __46__ to __57__ months | |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III.  ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __3/29/06__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   __May 29, 2008__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge